IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEDRA POE, individually, and on behalf of minor T.P., and CHAQUITA STUBBS, on behalf of minor D.M., <br><br> Plaintiffs, <br><br> v. <br><br> LAWRENCE KERR, #4871, <br> MARK MAYER, #14619 <br> UNKNOWN AND UNNAMED <br> POLICE OFFICERS, <br> and the CITY OF CHICAGO, <br><br> Defendants. | Case No. 10-cv-4871 <br><br> Judge Suzanne B. Conlon |

**PLAINTIFFS' MOTION FOR
VOLUNTARY DISMISSAL OF COMPLAINT**

Plaintiffs, by and through their attorneys, Ed Fox & Associates, move to voluntarily dismiss their Complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). In support, Plaintiffs state as follows:

1. Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii), plaintiffs have the right to dismiss their claims by filing a stipulation of dismissal signed by all parties who have appeared in the action.

2. Plaintiffs therefore request that this Court enter the Stipulation of Dismissal attached as Exhibit A, dismissing with prejudice, their Complaint, with all respective parties to bear their own costs and fees.

WHEREFORE, Plaintiffs respectfully ask that this Court enter the Stipulation of Dismissal, dismissing their Complaint with prejudice.

Respectfully submitted,

<u>Julie M. Owen</u>
Julie M. Owen
Ed Fox & Associates
300 West Adams
Suite 330
Chicago, Illinois 60606
(312) 345-8877
(312) 853-3489 FAX

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEDRA POE, individually, and on behalf of minor T.P., and CHAQUITA STUBBS, on behalf of minor D.M., ) ) ) ) | |
| Plaintiffs, ) | Case No. 10-cv-4871 |
| ) | Judge Suzanne B. Conlon |
| v. ) ) | |
| LAWRENCE KERR, #4871, MARK MAYER, #14619 UNKNOWN AND UNNAMED POLICE OFFICERS, and the CITY OF CHICAGO, ) ) ) ) ) ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 (a)(1)(ii), the parties, by their respective attorneys, hereby stipulate to the dismissal of Plaintiffs' Complaint, with prejudice.


/s/ Julie M. Owen
Julie M. Owen
Attorney for Plaintiffs
Ed Fox & Associates
300 West Adams, Suite 330
Chicago, Illinois 60606
(312) 345-8877
(312) 853-3489 FAX


/s/ Le'Ora Tyree
Le'Ora Tyree
Assistant Corporation Counsel
Attorney for Defendants
(312) 927-7660